[No. 8662–6–I.   Division One.   August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
ROSS HENSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89898, Liem E. Tuai, J., entered April 1, 1980.
*Affirmed* by unpublished opinion per James, C.J., con-

curred in by Williams and Durham, JJ.